**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: John L. Davis                                      CHAPTER 13
       Robin D. Davis aka Robin Moore-Davis

                                       BKY. NO. 19-14619 MDC
                Debtor(s)

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of Nationstar Mortgage LLC and index same on the master mailing list.

                                                   Respectfully submitted,

                                      /s/ **Mark A. Cronin**
                                            Mark Cronin
                                            11 Oct 2023, 15:04:14, EDT

                                KML Law Group, P.C.
                                701 Market Street, Suite 5000
                                Philadelphia, PA 19106-1532
                                (215) 627-1322