Certificate Number: 12433-PAE-DE-038740698

Bankruptcy Case Number: 19-14619



12433-PAE-DE-038740698

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 6, 2024</u>, at <u>2:49</u> o'clock <u>PM EDT</u>, <u>John L. Davis</u> completed a course on personal financial management given <u>by internet</u> by <u>Solid Start Financial Education Services, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>August 6, 2024</u>            By:   <u>/s/Lisa Susoev</u>

                                        Name:   <u>Lisa Susoev</u>

                                        Title:   <u>Teacher</u>