Certificate Number: 12433-PAE-DE-038740700

Bankruptcy Case Number: 19-14619



12433-PAE-DE-038740700

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 6, 2024, at 2:49 o'clock PM EDT, Robin D. Davis completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  August 6, 2024      By:  /s/Lisa Susoev

Name:  Lisa Susoev

Title:  Teacher