United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-14619-amc |
| John L. Davis | Chapter 13 |
| Robin D. Davis | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Aug 13, 2024 | Form ID: 138OBJ | Total Noticed: 36 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 15, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | John L. Davis, Robin D. Davis, 1103 Fanshawe Street, Philadelphia, PA 19111-4935 |
| 14822678 | + | Nationstar Mortgage LLC, C/O Mark A. Cronin, 701 Market Street, Ste. 5000, Philadelphia, PA 19106-1541 |
| 14364987 | #+ | Nationstar Mortgage LLC D/B/A Mr. Cooper, C/O KEVIN S. FRANKEL, Shapiro & DeNardo, LLC, 3600 Horizon Drive, Ste. 150, King of Prussia, PA 19406-4702 |
| 14695777 | + | Nationstat Mortgage LLC,, C/O Mario Hanyon, Brock and Scott, PLLC, 8757 Red Oak Blvd., Suite 150 Charlotte, NC 28217-3977 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Aug 14 2024 00:04:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 14 2024 00:04:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14363341 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 14 2024 00:18:06 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14361796 | + | Email/Text: enotifications@santanderconsumerusa.com | Aug 14 2024 00:04:00 | CCAP Auto Lease Ltd., P.O. BOX 961275, Fort Worth, TX 76161-0275 |
| 14361798 | | Email/Text: megan.harper@phila.gov | Aug 14 2024 00:04:00 | City of Philadelphia, Law Dept Tax Unit, Bankruptcy Group MSB, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102-1595 |
| 14432489 | | Email/Text: megan.harper@phila.gov | Aug 14 2024 00:04:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14361794 | | Email/PDF: bncnotices@becket-lee.com | Aug 14 2024 00:18:25 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| 14361797 | + | Email/Text: enotifications@santanderconsumerusa.com | Aug 14 2024 00:04:00 | Chrysler Capital, P.O. Box 961275, Fort Worth, TX 76161-0275 |
| 14361799 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 14 2024 00:19:49 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14361803 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 14 2024 00:04:00 | DNF Associates, LLC, C/O Jefferson Capital Systems LLC Assign, PO Box 7999, Saint Cloud, MN 56302-7999 |

Case 19-14619-amc    Doc 42    Filed 08/15/24    Entered 08/16/24 00:14:45    Desc Imaged
                              Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
| --- | --- | --- |
| Date Rcvd: Aug 13, 2024 | Form ID: 138OBJ | Total Noticed: 36 |

| Recip ID | | Notice Type | Date/Time | Recipient |
| --- | --- | --- | --- | --- |
| 14361801 | | Email/Text: bnc-quantum@quantum3group.com | Aug 14 2024 00:04:00 | Department Store National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14394023 | | Email/Text: bnc-quantum@quantum3group.com | Aug 14 2024 00:04:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14361804 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 14 2024 00:04:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14392272 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 14 2024 00:19:42 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14361805 | + | Email/Text: bk@lendmarkfinancial.com | Aug 14 2024 00:04:00 | Lendmark Financial S, 2118 Usher St Nw, Covington, GA 30014-2434 |
| 14361806 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 14 2024 00:04:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14695654 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 14 2024 00:04:00 | Mr. Cooper, 8950 Cypress Waters Boulevard, Coppell, Texas 75019-4620 |
| 14822526 | ^ | MEBN | Aug 14 2024 00:00:08 | Nationstar Mortgage LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14361814 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 14 2024 00:04:00 | Nationstar Mortgage LLC, Attn: Bankruptcy, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 14780533 | | Email/Text: amps@manleydeas.com | Aug 14 2024 00:04:00 | Nationstar Mortgage LLC, c/o Adam B. Hall, Esq., P.O. Box 165028, Columbus, OH 43216-5028 |
| 14695653 | + | Email/Text: EBN@brockandscott.com | Aug 14 2024 00:04:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, C/O Brock and Scott, PLLC, Attorneys at Law, 8757 Red Oak Blvd., Suite 150, Charlotte, NC 28217-3977 |
| 14387724 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 14 2024 00:04:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, PO Box 619096, Dallas, TX 75261-9096 |
| 14361815 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 14 2024 00:21:16 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14369846 | ^ | MEBN | Aug 14 2024 00:00:08 | Philadelphia Gas Works, 800 W Montgomery Avenue, Philadelphia Pa 19122-2898, Attn: Bankruptcy Dept 3Fl |
| 14364418 | | Email/Text: bnc-quantum@quantum3group.com | Aug 14 2024 00:04:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14364415 | | Email/Text: bnc-quantum@quantum3group.com | Aug 14 2024 00:04:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14361817 | | Email/Text: bnc-quantum@quantum3group.com | Aug 14 2024 00:04:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14361823 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 14 2024 00:18:50 | Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14398681 | + | Email/Text: bncmail@w-legal.com | Aug 14 2024 00:04:00 | Scolopax, LLC, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14362079 | ^ | MEBN | Aug 14 2024 00:00:18 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14361826 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Aug 14 2024 00:19:44 | Wells Fargo Bank, N.A., PO Box 10438, Des Moines, IA 50306-0438 |
| 14386469 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Aug 14 2024 00:21:00 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14361795 | * | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| 14391572 | * | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14391574 | * | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14361800 | *+ | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14361802 | * | Department Store National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14386623 | *+ | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14361807 | *+ | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14361808 | *+ | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14361809 | *+ | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14361810 | *+ | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14361811 | *+ | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14361812 | *+ | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14361813 | *+ | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14361816 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14361818 | * | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14361819 | * | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14361820 | * | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14361821 | * | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14361822 | * | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14361824 | * | Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14361825 | * | Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 0 Undeliverable, 21 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2024                Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 13, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | on behalf of Creditor NATIONSTAR MORTGAGE LLC amps@manleydeas.com |
| ANDREW L. SPIVACK | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| DAVID M. OFFEN | on behalf of Debtor John L. Davis dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| DAVID M. OFFEN | on behalf of Joint Debtor Robin D. Davis dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |

| District/off: 0313-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Aug 13, 2024 | Form ID: 138OBJ | Total Noticed: 36 |

DENISE ELIZABETH CARLON
    on behalf of Creditor NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com

KENNETH E. WEST
    ecfemails@ph13trustee.com philaecf@gmail.com

KEVIN S. FRANKEL
    on behalf of Creditor Nationstar Mortgage LLC D/B/A Mr. Cooper pa-bk@logs.com

KRISTEN D. LITTLE
    on behalf of Creditor Nationstar Mortgage LLC D/B/A Mr. Cooper KRLITTLE@FIRSTAM.COM

MARIO J. HANYON
    on behalf of Creditor Nationstar Mortgage LLC D/B/A Mr. Cooper wbecf@brockandscott.com mario.hanyon@brockandscott.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 10

*Form 138OBJ* (6/24)−doc 41 − 39

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  )
   John L. Davis  )  Case No. 19−14619−amc
     )
     )
   Robin D. Davis  )  Chapter: 13
   aka Robin Moore−Davis  )
   Debtor(s).  )

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: August 13, 2024

For The Court

Timothy B. McGrath
Clerk of Court