United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-14619-amc |
| John L. Davis | Chapter 13 |
| Robin D. Davis | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 23, 2024 | Form ID: 195 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 25, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | John L. Davis, Robin D. Davis, 1103 Fanshawe Street, Philadelphia, PA 19111-4935 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 25, 2024        Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 23, 2024 at the address(es) listed below:

**Name**    **Email Address**

ADAM BRADLEY HALL
    on behalf of Creditor NATIONSTAR MORTGAGE LLC amps@manleydeas.com

ANDREW L. SPIVACK
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper andrew.spivack@brockandscott.com
    wbecf@brockandscott.com

DAVID M. OFFEN
    on behalf of Joint Debtor Robin D. Davis dmo160west@gmail.com
    davidoffenecf@gmail.com;offendr83598@notify.bestcase.com

DAVID M. OFFEN
    on behalf of Debtor John L. Davis dmo160west@gmail.com  davidoffenecf@gmail.com;offendr83598@notify.bestcase.com

DENISE ELIZABETH CARLON
    on behalf of Creditor NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Dec 23, 2024 | Form ID: 195 | Total Noticed: 1

KENNETH E. WEST
    ecfemails@ph13trustee.com  philaecf@gmail.com

KEVIN S. FRANKEL
    on behalf of Creditor Nationstar Mortgage LLC D/B/A Mr. Cooper pa-bk@logs.com

KRISTEN D. LITTLE
    on behalf of Creditor Nationstar Mortgage LLC D/B/A Mr. Cooper KRLITTLE@FIRSTAM.COM

MARIO J. HANYON
    on behalf of Creditor Nationstar Mortgage LLC D/B/A Mr. Cooper wbecf@brockandscott.com mario.hanyon@brockandscott.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 10

**UNITED STATES BANKRUPTCY COURT**
*EASTERN DISTRICT OF PENNSYLVANIA*

In re: : Chapter 13

John L. Davis and Robin D. Davis : Case No. 19−14619−amc
    Debtor(s)

*ORDER*
_____

    AND NOW, this day , December 23, 2024 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Ashely M. Chan
Chief Judge, United States Bankruptcy Court

49
Form 195